# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MELANIE JERUSALEM

VERSUS

DEPARTMENT OF STATE
LOUISIANA, ET AL.

CIVIL ACTION

22-516-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Erin Wilder-Doomes dated June 26, 2023, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that this case is DISMISSED WITHOUT PREJUDICE on the Courts own motion for lack of subject matter jurisdiction, and Plaintiff is denied any further leave to amend her complaint.

**IT IS FURTHER ORDERED** that the Motion to Dismiss for Failure to State a Claim[3] is TERMINATED AS MOOT. The Clerk of Court shall serve this Ruling on Melanie Jerusalem via certified mail, return receipt requested and via regular mail at her address on PACER.

Signed in Baton Rouge, Louisiana, on this 13 day of July, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 40.
[2] Rec. Doc. 41.
[3] Rec. Doc. 26.

Certified Mail No. 7020 0640 0001 4750 6972